UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN F. SIMPSON, | ) | No. CV 11-2192-VAP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 15, 2012

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE